06-60495    WENDY SOLOMON
            DEBTOR DID NOT CASH CHECK
            CHECK #461782 FOR $789.09
            WENDY J SOLOMON
            157 US RT 42
            WEST SALEM, OH 44287

05-61761    PHYLLIS HEIL
            CREDITOR DID NOT CASH CHECK
            CHECK #461783 FOR $65.43
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541

05-64798    DONALD DIXON
            MARTHA DIXON
            CREDITOR DID NOT CASH CHECK
            CHECK #461784 FOR $25.60
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541

06-60141    RICHARD SWONGER
            DIANA SWONGER
            CREDITOR DID NOT CASH CHECK
            CHECK #461785 FOR $61.48
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541

06-60236    RICHARD DANIELS
            CREDITOR DID NOT CASH CHECK
            CHECK #461786 FOR $14.99
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541

06-62670    ERNEST ANDREWS
            LUCINDA ANDREWS
            CREDITOR DID NOT CASH CHECK
            CHECK #461787 FOR $66.87
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541