#60918

UNCLAIMED FUNDS

FILED
2011 JAN 21 PM 12: 46

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

JANUARY 20, 2011

06-60495  WENDY J SOLOMON
DEBTOR DID NOT CASH CHECK
CHECK #473677 FOR $789.09
WENDY J SOLOMON
157 US RT 42
WEST SALEM, OH  44287

07-61802  KEVIN KIBLER
JENNIFER KIBLER
CREDITOR DID NOT CASH CHECK
CHECK #473678 FOR $300.00
HOUSEHOLD AUTO FINANCE CORP
PO BOX 17906
SAN DIEGO, CA  92177

```
    0 · *
  789 · 09 +
  300 · 00 +
1,089 · 09 *
```